# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

## NO. 03-23-00456-CR

**Israel Ballester, II, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, we reverse the district court's judgment of conviction and remand this case for a new trial. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.